UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 98-10013-CR-MOORE/SIMONTON

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**PAUL GERALD LEGER,**

    Defendant.
_____/

## ORDER

Presently pending before the Court is Defendant Leger's Notice of Removal and Counterclaim Abatement (DE # 82). This matter is referred to the undersigned Magistrate Judge (DE # 83). For the reasons stated below, the motion is denied.

**I. Background**

On August 12, 1998, a two-count indictment was returned charging Defendant Leger, on or about April 13, 1998, with knowingly possessing three or more computer discs which contained visual depictions of a minor engaged in sexually explicit conduct, which were produced using materials which had been mailed, shipped, or transported in interstate or foreign commerce, in violation of 18 U.S.C. § 2252(a)(4)(B) (Count 1); and with on or about April 13, 1998, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessing a Savage Arms .22 caliber rifle, in and affecting interstate and foreign commerce, in violation of 18 U.S.C. § 922(g)(1) (Count 2) (DE # 1).

On January 27, 1999, after a jury trial, Leger was convicted on both counts (DE # 43). On June 25, 2999, Leger was sentenced to consecutive terms of 120 months on Count One and 60 months on Count Two, for a total sentence of 180 months of

imprisonment, as well as a $12,500.00 fine and a $200.00 assessment (DE # 52).

Leger then appealed his conviction (DE # 53). On June 21, 2000, the United States Court of Appeals issued its mandate affirming Leger's conviction (DE # 63). On October 16, 2000, the United States Supreme Court denied Leger's petition for a writ of certiorari. *Leger v. United States*, 531 U.S. 951 (2000).

On October 9, 2001, the District Court denied Leger's motion to extend the time to file a motion to vacate conviction, made pursuant to 28 U.S.C. § 2255 (DE # 69). On October 19, 2001, Leger filed a motion to vacate conviction, made pursuant to 28 U.S.C. § 2255 (DE # 70). On September 24, 2002, the District Court entered an order denying Leger's motion to vacate conviction, made pursuant to 28 U.S.C. § 2255 (DE # 73).

II. The Instant Filing

In this filing, Leger asks that the Attorney General of the United States remove this matter from this Court to an Article III court with an Article III Judge presiding, for the purpose of challenging personal jurisdiction.

It is unclear whether Leger is seeking any relief from this Court, or whether his filing is merely a Notice which advises the Court of his request to the Attorney General.

However, the extent he is seeking relief from this Court, Leger's motion is denied. His conviction became final almost eight years ago, in October 2000. In addition, in September 2002, almost six years ago, the District Court denied Leger's motion to vacate his conviction, made pursuant to 28 U.S.C. § 2255. Moreover, Leger has not provided any basis for this Court to exercise jurisdiction over his motion and this Court is not aware of any such authority. The undersigned therefore finds that 1) Leger's criminal conviction is final; 2) there are no matters presently pending before this Court in regard to Leger's conviction; and 3) this Court is without jurisdiction to consider the instant motion. In addition, Leger's trial, conviction and post-conviction proceeding all took

place in an Article III Court, which is the relief that he presently seeks.

Finally, to the extent that Leger is requesting the Attorney General to take any action, that request should be submitted directly to the Attorney General and not filed in this case.

Therefore, for the reasons stated above, it is hereby

**ORDERED AND ADJUDGED** that Defendant Leger's Notice of Removal and Counterclaim Abatement (DE # 82), is **DENIED**.

**DONE AND ORDERED** in chambers in Miami, Florida, on July 25, 2008.

*Andrea M. Simonton*
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies to:
The Honorable K. Michael Moore,
   United States District Judge
Paul Gerald Leger, pro se
    Prisoner Number 51040-004
    FCI Jesup
    2680 Highway 301 South
    Jesup, GA 31599